■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY J. MEADE, Appellant. [51 NYS3d 423]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered July 26, 2012, convicting him of robbery in the third degree and grand larceny in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was not deprived of the effective assistance of counsel by counsel's waiver of a pretrial suppression hearing. "There can be no denial of effective assistance of trial counsel arising from counsel's failure to 'make a motion . . . that has little or no chance of success' " (*People v Caban*, 5 NY3d 143, 152 [2005], quoting *People v Stultz*, 2 NY3d 277, 287 [2004]). Here, the record is devoid of any indication that counsel could have presented a colorable argument challenging the legality of the defendant's arrest (*see People v Carver*, 27 NY3d 418, 420-421 [2016]). Rivera, J.P., Balkin, Barros and Brathwaite Nelson, JJ., concur.